IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REBECCA JEANETTE EDWARDS, *as personal representative of the estate of William David Blackmon, deceased*, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:17-CV-587-WKW |
| DEERE & COMPANY, INC., and TONYA MONEY, | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

On November 29, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 21.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 21) is ADOPTED.

2. Defendant Tonya Money's Motion to Dismiss (Doc. # 3-1) is GRANTED and all claims against Defendant Tonya Money are DISMISSED with prejudice. The Clerk of the Court is DIRECTED to terminate Defendant Tonya Money as a Defendant in this case.

3. Plaintiff's Motion to Remand (Doc. # 10) is DENIED.

This case is referred back to the Magistrate Judge for additional proceedings.

DONE this 10th day of January, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE